IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



| | |
|---|---|
| RICHARD H. HARTMAN, II § | |
| § | |
| *Plaintiff,* § | |
| § | |
| vs. § | |
| § | |
| HOMEWARD RESIDENTIAL, INC., § | Civil Action No. 8:13CV45835AEP |
| HP LOCATE, L.L.C. § | |
| § | |
| *Defendants.* § | |

## APPLICATION FOR ADMISSION PRO HAC VICE

**COMES NOW**, Joseph T. Bui, Applicant herein, and respectfully states the following:

1. Applicant is an attorney and In-House Counsel for HP Locate, LLC, with office at 2200 K Avenue, Suite 200, Plano, Texas 75074, Telephone Number (877) 225-1097 X118, Fax Number (972) 212-6862.

2. Applicant will sign all pleadings with the name Joseph T. Bui.

3. Applicant is In-House Counsel for HP Locate, LLC to provide legal representation in connection with the above-styled matter now pending before the United States District, Middle District of Florida.

4. Since May 3, 1999, Applicant has been and presently is a member in good standing of the bar of the highest court of the state of Texas where Applicant regularly practices law. Applicant's bar license number is 24001292.

5. Since December 18, 2000, Applicant has been and presently is a member in good standing of the bar of the highest court of the state of Florida. Applicant's bar license number is 430676.

6. Applicant has been admitted to practice law before the following courts:

    a. District of Columbia, date of admission: December 10, 1999.

    b. United District Court for the Northern District of Texas, date of admission: June 9, 1999.

    c. United District Court for the Eastern District of Texas, date of admission: July 3, 2001.

7. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

8. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

9. Local counsel of record associated with Applicant in this matter is Ramona Singh who has office at 382 NW 191st Street, #77246, Miami, Florida 33179. Telephone Number (786) 759-0621.

10. Applicant has read and will comply with the local civil rules of this court.

11. Applicant respectfully requests to be admitted to practice in the United States District Court for the Middle District of Florida for this cause only.

SIGNED this 3rd day of June, 2004.

_____
Joseph T. Bui
State Bar No. 430676
2200 K Avenue, Suite 200
Plano, Texas 75074
Telephone No:(877) 225-1097 X118
Facsimile No: (972) 212-6862

                         **ATTORNEY FOR HP LOCATE, LLC**

## CERTIFICATE OF SERVICE

The undersigned attorney at law, does hereby certify that a true and correct copy of the foregoing attached instrument has been served upon Plaintiff, Richard H. Hartman, II, 8286 Nuzum Road, Weeki Wachee, Florida 34613 via First Class Mail and the original upon the clerk of court accompanied by a $10.00 filing fee at 801 N. Florida Avenue, Tampa, Florida 33602 on this the 15th day of March, 2013.

_____
Joseph T. Bui