UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD H. HARTMAN, II ,

    Plaintiff,

v.                                        Case No: 8:13-cv-458-T-35AEP

HOMEWARD RESIDENTIAL, INC.
and HP LOCATE, LLC,

    Defendants.
_____/

**ORDER DIRECTING ADMINISTRATIVE CLOSURE**

On March 20, 2013, the Defendant HOMEWARD RESIDENTIAL, INC. filed a Notice of Settlement, informing the Court that the above-captioned case was settled as to Plaintiff's case against HOMEWARD RESIDENTIAL, INC. (Dkt. 7) Therefore it is hereby

**ORDERED** that this case be **administratively closed** as to Defendant HOMEWARD RESIDENTIAL, INC. ONLY, pending receipt of a final stipulation of dismissal within sixty (60) calendar days from the date of this Order. If no stipulation is received, and no request for extension of time is filed, the Clerk of Court shall dismiss the case with prejudice with no further order. The **Clerk** is directed to terminate Defendant HOMEWARD RESIDENTIAL, INC. from the case docket.

**DONE and ORDERED** in Tampa, Florida, this 26th day of March, 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Any pro se party