UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD H. HARTMAN, II

      Plaintiff,

CASE NO.: 8:13-CV-00458-MMS-AEP

v.

HOMEWARD RESIDENTIAL, INC.,
HP LOCATE, LLC

      Defendant.

_____/

## NOTICE OF APPEARANCE, MOTION FOR EXTENISON OF TIME TO RESPOND AND WITHDRAWAL OF PRO SE NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE WITH RESPECT TO DEFENDANT HP LOCATE, LLC

COMES NOW, the undersigned counsel and files this Notice of Appearance on behalf of the Defendant, RICHARD H. HARTMAN, II, in the above styled cause. The undersigned requests that she be served with copies of all notices, pleadings, motions, orders and other documents filed in these proceedings.

1. Plaintiff also requests an extension of time of 20 days, to respond to the Defendant's Motion to Dismiss. Plaintiff was only recently able to secure legal representation as of March 29, 2013 and the undersigned counsel requires the additional time to review the case and file a proper response.

2. Prior to retaining the undersigned, the Pro Se Plaintiff mailed a Notice of Voluntary Dismissal without Prejudice to counsel for HP Locate, LLC. Plaintiff would like to withdraw that Notice (which has not yet been docketed) as moot.

1

WHEREFORE, this Court should extend the time to review and respond to the Motion to Dismiss filed by HP Locate, LLC in this case and deem Plaintiff's Notice of Dismissal as withdrawn when received.

Respectfully submitted:

_____
Christie D. Arkovich, Esq.
Florida Bar No. 963690
Erin M. Allen Esq.
Florida Bar No. 0031383
Primary E-mail: cdalaw@tampabay.rr.com
Secondary E-mail: cdalaw5@tampabay.rr.com;
cdalaw3@tampabay.rr.com
CHRISTIE D. ARKOVICH, P.A.
1520 W. Cleveland St.
Tampa, Florida 33606
(813) 258-2808
(813) 258-5911 (Facsimile)
Attorneys for Defendant(s)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via United States Mail to Joseph D. Bui, Esq., 2200 K Ave., Suite 200, Plano, TX 75074, on March 29, 2013.

_____
Attorney