UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD H. HARTMAN, II
    Plaintiff

v.                                  Case No. 8:13-CV-00458-MSS-AEP

HOMEWARD RESIDENTIAL, INC.,
HP LOCATE, LLC.
    Defendants
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE WITH RESPECT TO DEFENDANT HP LOCATE, LLC.

COMES NOW the Plaintiff Richard H. Hartman, II, and hereby dismisses the above-styled action without Prejudice with respect to Defendant HP Locate, LLC.

Respectfully Submitted:

_____
Richard H. Hartman, II, Plaintiff
8286 Nuzum Road
Weeki Wachee, FL 34613
813-486-8287
rick@rickhartman.com

## CERTIFICATE OF SERVICE

The undersigned Plaintiff does hereby certify that on March 28, 2013, he furnished a copy of the forgoing on Joseph T. Bui, attorney for HP Locate, LLC., via U.S. Mail to 2200 K Ave, Suite 200, Plano, TX 75074.

_____
Richard H. Hartman, II, Plaintiff