IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| RICHARD H. HARTMAN, II | § § | 2013 APR -5 PM 1:11 |
| *Plaintiff,* | § § | MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA |
| vs. | § § | |
| HOMEWARD RESIDENTIAL, INC., HP LOCATE, L.L.C. | § § § | Civil Action No. 8:13CV458T35AEP |
| *Defendants.* | § | |

## FIRST AMENDED APPLICATION FOR ADMISSION PRO HAC VICE

**COMES NOW,** Joseph T. Bui, Applicant herein, and respectfully states the following:

1. Applicant is an attorney and In-House Counsel for HP Locate, LLC, with office at 2200 K Avenue, Suite 200, Plano, Texas 75074, Telephone Number (877) 225-1097 X118, Fax Number (972) 212-6862.

2. Applicant will sign all pleadings with the name Joseph T. Bui.

3. Applicant is In-House Counsel for HP Locate, LLC to provide legal representation in connection with the above-styled matter now pending before the United States District, Middle District of Florida.

4. Since May 3, 1999, Applicant has been and presently is a member in good standing of the bar of the highest court of the state of Texas where Applicant regularly practices law. Applicant's bar license number is 24001292.

5. Since December 18, 2000, Applicant has been and presently is a member in good standing of the bar of the highest court of the state of Florida. Applicant's bar license number is 430676.

6. Applicant has been admitted to practice law before the following courts:

    a. District of Columbia, date of admission: December 10, 1999.

    b. United District Court for the Northern District of Texas, date of admission: June 9, 1999.

    c. United District Court for the Eastern District of Texas, date of admission: July 3, 2001.

    d. United District Court for the Southern District of Texas, date of admission: March 28, 2013.

7. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

8. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

9. Local counsel of record associated with Applicant in this matter is Ramona Singh who has been a member of this bar since March of 2009 and has an office at 382 NW 191st Street, #77246, Miami, Florida 33179. Telephone Number (786) 759-0621.

10. Applicant has read and will comply with the local civil rules of this court.

11. Applicant respectfully requests to be admitted to practice in the United States District Court for the Middle District of Florida for this cause only.

SIGNED this 1st day of April, 2013.

Joseph T. Bui
State Bar No. 430676
2200 K Avenue, Suite 200
Plano, Texas 75074
Telephone No:(877) 225-1097 X118
Facsimile No: (972) 212-6862

ATTORNEY FOR HP LOCATE, LLC

## CERTIFICATE OF CONFERENCE

On April 1, 2013, Movant via telephonically and email discussed the merits of this First Amended Application for Pro Hac Vice and order with counsel, Christie D. Arkovich for Richard H. Hartman, II and she stated she has no objections to movant's First Amended Application for Pro Hac Vice and Order.

_____
Joseph T. bui

## CERTIFICATE OF SERVICE

The undersigned attorney at law, does hereby certify that a true and correct copy of the foregoing attached instrument has been served upon Plaintiff, Richard H. Hartman, by and through his attorney of record, Christie D. Arkovich, 1520 W. Cleveland, Street, Tampa, Florida 33606 via First Class Mail and Fax (813) 258-5911on this the 1st day of April, 2013.

_____
Joseph T. Bui