UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD H. HARTMAN, II,

      Plaintiff,

v.                                            Case No. 8:13-cv-00458-T-35AEP

HP LOCATE, LLC,

      Defendant.

_____/

**ORDER**

This cause comes before the Court on the First Amended Application for Admission Pro Hac Vice (Dkt. No. 15).[1]  Joseph T. Bui moves the Court to allow Joseph T. Bui to appear *pro hac vice* as counsel for Defendant HP Locate, LLC, with Ramona Singh designated as local counsel pursuant to Local Rule 2.02(a).  In accordance with Local Rule 2.02(a), counsel is directed to participate in electronic filing by registering for CM/ECF and obtaining a password within twenty-one (21) days of this Order.[2]  He is further directed to electronically file a notice of compliance with CM/ECF registration within twenty-one (21) days of the date of this Order.  Upon consideration, it is hereby

    **ORDERED**:

---

[1] The Applicant previously filed a motion to appear *pro hac vice* (Dkt. No. 8), which was denied without prejudice for failure to conform with the Local Rules (Dkt. No. 10).  The instant amended Motion conforms to the Local Rules.

[2] Counsel may obtain a password by accessing the Court's website, located at www.flmd.uscourts.gov, and clicking on CM/ECF.  Once counsel has registered for CM/ECF, he must also register an email address.

...

1. The First Amended Application for Admission Pro Hac Vice (Dkt. No. 15) is

    **GRANTED**.

**DONE AND ORDERED** in Tampa, Florida, on this 8th day of April, 2013.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc:    Counsel of Record