IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| RICHARD H. HARTMAN, II | § § § | |
| Plaintiff, | § § | |
| vs. | § § § | |
| HOMEWARD RESIDENTIAL, INC., HP LOCATE, L.L.C. | § § § | Civil Action No. 8:13CV458T35AEP |
| Defendants. | § | |

## NOTICE OF COMPLIANCE

**COMES NOW,** Joseph T. Bui, Attorney for HP Locate, L.L.C. in the above civil action, and files this Notice of Compliance with CM/ECF registration. The undersigned requests that he be served with copies of all notices, pleadings, motions, orders and all other documents filed in these proceedings.

_____
Joseph T. Bui
State Bar No. 430676
8150 N. Central Expressway, Suite 700
Dallas, Texas 75206
Telephone No:(214) 628-1818
Facsimile No: (214) 231-3088

**ATTORNEY FOR HP LOCATE, LLC**

## CERTIFICATE OF SERVICE

The undersigned attorney at law, does hereby certify that a true and correct copy of the foregoing attached instrument has been served upon Christie D. Arkovich, Esq., 1520 W. Cleveland, Street, Tampa, Florida 33606 via email cdalaw@tampabay.rr.com and Manuel S. Hiraldo, Esq., Blank Rome, LLP, 1200 N. Federal Hwy, Suite 312, Boca Raton, Florida, 33432, via email to mhiraldo@blankrome.com on this the 29th day of April, 2013.

_____
Joseph T. Bui