UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD H. HARTMAN, II
    Plaintiff

v.                                                    Case No. 8:13-CV-00458-MMS-AEP

HOMEWARD RESIDENTIAL, INC.,
HP LOCATE, LLC.
    Defendants
_____/

## NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff, RICHARD H. HARTMAN, II, through Christie D. Arkovich, Esq., his attorney having reached full settlement of all pending claims against HOMEWARD RESIDENTIAL, INC., and HP LOCATE, LLC., in the above captioned case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by E-Mail this 15 day of May, 2013, to: Joseph D. Bui, Esq., 2200 K Ave., Suite 200, Plano, TX 75074 and email to JBUI@Heritagepacificfinancial.com and Manuel S. Hiraldo, Esq., Blank Rome, LLP, 1200 N. Federal Hwy, Ste 312, Boca Raton, FL 33432, email to MHiraldo@BlankRome.

                                               _____
                                               Christie D. Arkovich, Esq.
                                               Florida Bar No. 963690
                                               Erin M. Allen Esq.
                                               Florida Bar No. 0031383
                                               Primary E-mail: cdalaw@tampabay.rr.com
                                               Secondary E-mail: cdalaw5@tampabay.rr.com;
                                                                            cdalaw3@tampabay.rr.com
                                               CHRISTIE D. ARKOVICH, P.A.
                                               1520 W. Cleveland St.
                                               Tampa, Florida 33606
                                               (813) 258-2808
                                               (813) 258-5911 (Facsimile)
                                               Attorneys for Defendant(s)