UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD H. HARTMAN, II,

       CASE NO.: 8:13-cv-00458-MSS-AEP

     Plaintiff,

v.

HOMEWARD RESIDENTIAL, INC.,
HP LOCATE, LLC,

     Defendants.

_____/

**MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL
OF RECORD FOR DEFENDANT HOMEWARD RESIDENTIAL, INC.**

COMES NOW Manuel S. Hiraldo, lead counsel of record for Defendant, Homeward Residential, Inc., ("Homeward"), and moves this Court for an order permitting the undersigned to withdraw as counsel of record for Homeward and substituting Paul J. Sodhi, Esq., as counsel for Homeward, and states as follows:

1.      On May 17, 2013, the undersigned will cease his employment with Blank Rome, LLP.

2.      The undersigned's colleague, Paul J. Sodhi, Esq., will be filing a notice of appearance in this action as lead counsel for Homeward.

3.      Accordingly, the undersigned respectfully requests that he be allowed to withdraw from this matter and be relieved of any further responsibilities or obligations in relation to this matter.

4.      Furthermore, the undersigned requests that Paul J. Sodhi, Esq., be substituted in place of the undersigned as lead counsel of record for Homeward.

**WHEREFORE**, the undersigned counsel respectfully requests that this Honorable Court enter an order permitting him to withdraw as counsel of record in this matter, substituting Paul J. Sodhi, Esq., in his place and granting such other and further relief as may be deemed just and proper.

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on May 17, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By:      */s/ Manuel S. Hiraldo*_____
      MANUEL S. HIRALDO
      Florida Bar No. 030380
      MHiraldo@BlankRome.com
      Bocaeservice@Blankrome.com
      BLANK ROME, LLP
      1200 N. Federal Highway, Ste., 312
      Boca Raton, FL  33432
      Telephone: 561-417-8100
      Facsimile: 561-417-8101