UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD H. HARTMAN, II,

        Plaintiff,

CASE NO.: 8:13-cv-00458-MSS-AEP

v.

HOMEWARD RESIDENTIAL, INC.,
HP LOCATE, LLC,

        Defendants.

_____/

## NOTICE OF APPEARANCE AS LEAD COUNSEL
## FOR DEFENDANT HOMEWARD RESIDENTIAL, INC.

PLEASE TAKE NOTICE that Paul J. Sodhi, Esq., and Michael A. Rodriguez, Esq., of BLANK ROME, LLP, 1200 North Federal Highway, Suite 312, Boca Raton, FL 33432, enters his appearance as lead counsel for Defendant, Homeward Residential, Inc., in this cause. All further pleadings and documents should be forwarded to the undersigned attorney at the below stated address.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 24, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By: _____
PAUL J. SODHI
Florida Bar No. 42353
PSodhi@BlankRome.com
Bocaeservice@Blankrome.com
BLANK ROME, LLP
1200 N. Federal Highway, Ste., 312
Boca Raton, FL 33432
Telephone: 561-417-8100
Facsimile: 561-417-8186
MICHAEL A. RODRIGUEZ
Florida Bar No. 127256
MRodriguez@BlankRome.com
BocaEService@BlankeRome.com
Telephone: 561-417-8100
Facsimile: 561-417-8198

131093.01386/50494949v.3