**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

RICHARD H. HARTMAN, II ,

    Plaintiff,

v.                                             Case No: 8:13-cv-458-T-35AEP

HOMEWARD RESIDENTIAL, INC.
and HP LOCATE, LLC,

    Defendant.
_____/

## ORDER DIRECTING ADMINISTRATIVE CLOSURE

On May 15, 2013, the Plaintiff filed a Notice of settlement, informing the Court that the above-captioned case has settled. (Dkt. 19) Therefore it is hereby

**ORDERED** that this case be **administratively closed** pending receipt of a final stipulation of dismissal within sixty (60) calendar days from the date of this Order.  If no stipulation is received, and no request for extension of time is filed, the Clerk of Court shall dismiss the case with prejudice with no further order.  The Clerk is directed to terminate any pending motions in this case.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of July, 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Any pro se party